Dale J. CARROLL, Appellant,

v.

STATE of Missouri, Respondent.

No. 70707.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and GARY M. GAERTNER and CRANE, JJ.

## ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).

STATE of Missouri, Plaintiff–Respondent,

v.

Sheila Ann TOWNSEND, Defendant–Appellant.

No. 70381.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cassandra K. Dolgin, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Defendant appeals from her conviction by a jury of one count of the class D felony of unlawful use of a weapon, § 571.030, RSMo 1994, for which she was sentenced to eighteen months' imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).